David M. Greeley, Esq. (SBN 198520)
James R. Thompson, Esq. (SBN 260083)
GREELEY THOMPSON LLP
600 B Street, Suite 2150
San Diego, California 92101
Telephone: (619) 658-0462
dgreeley@greeleythompson.com

MITCHELL SANDLER LLC
Arielle Stephenson (SBN 336434)
1120 20th Street, NW
Washington, DC 20036
Telephone: (202) 886-5267
astephenson@mitchellsandler.com

*Attorneys for Defendant NEXA Mortgage LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN DIAZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXA MORTGAGE, LLC, et al.,<br><br>Defendants. | Civil Action No. '22CV1895 BAS DDL<br><br>**DEFENDANT NEXA MORTGAGE LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 and 1446** |

**TO THE CLERK OF THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, defendant NEXA Mortgage LLC ("NEXA" or "Defendant"), by and through its undersigned counsel, hereby provides notice of removal of this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Southern District of California. In support thereof, NEXA states as follows:

## THE STATE COURT ACTION

1.  On or about August 3, 2022, Plaintiff Damian Diaz, individually and on behalf of all others similarly situated, commenced an action against NEXA in the Superior Court of the State of California for the County of San Diego, captioned *Damian Diaz v. NEXA Mortgage, LLC*, Case Number 37-2022-00031816-CU-OE-NC.

2.  On August 12, 2022, Plaintiff and a group of the putative class members sent a "PAGA Notice Pursuant to California Labor Code §2699" to NEXA and California Labor and Workforce Development Agency, informing Defendant of the allegations at issue, their requested relief, and requesting that the Agency "investigate the above allegations and provide notice of the allegations pursuant to PAGA's provisions" or inform Plaintiffs if it does not intend to investigate.

3.  On October 31, 2022, Damian Diaz, on behalf of himself and all others similarly situated ("Plaintiff") filed a First Amended Class Action Complaint against NEXA in the Superior Court of the State of California for the County of Los Angeles, captioned *Damian Diaz v. NEXA Mortgage, LLC, et al.*, Case Number 37-2022-00031816-CU-OE-NC (the "State Court Action").

4.  As required by 28 U.S.C. § 1446(a), attached hereto are true and correct copies of all process, pleadings, and orders served upon NEXA in the State Court Action, which consist of the following:

    a.  Attached hereto as Exhibit A is a true and correct copy of the Civil Case Cover Sheet, dated August 3, 2022.

    b.  Attached hereto as Exhibit B is a true and correct copy of the Summons dated August 3, 2022.

    c.  Attached hereto as Exhibit C is a true and correct copy of the Class Action Complaint filed on August 3, 2022 (the "Original Complaint").

    d.  Attached hereto as Exhibit D is a true and correct copy of the Class Action Complaint filed on October 31, 2022 Notice of Intent to File

PAGA Action dated May 5, 2022 (the "Amended Complaint") and PAGA Notice, attached as Ex. 1 to the Amended Complaint.

e. Attached hereto as Exhibit E is a true and correct copy of the Register of Actions Notice ("ROA") reflecting all docket entries and documents filed in the State Court Case. While the ROA notes a docket entry for the case assignment and case management conference date, there are no associated documents.

5. The Amended Complaint asserts claims under the California Labor Code, California Business and Professions Code ("UCL"); and the Private Attorney General Act of 2004 ("PAGA"). *See* Ex. D (Amended Complaint). The Amended Complaint seeks certification of a class defined as "[a]ll current or former employees of NEXA who worked in California as mortgage salespersons or loan officers or similar position, and were classified as exempt, at any time beginning four years prior to the filing of this action through the date of trial." *See id.* ¶ 30.

6. The Amended Complaint seeks the following forms of relief: an order certifying the class; injunctive relief, attorneys' fees and costs; disgorgement and restitution; statutory and civil penalties; damages for unpaid compensation, including interest and liquidated damages; an award of civil penalties pursuant to PAGA; and such further relief as the Court deems necessary. *See id.* at Prayer for Relief.

7. The Original Complaint's civil cover sheet reflects that it was filed as an unlimited case, which means the amount demanded exceeds $25,000. Ex. A. Both the original and Amended Complaint fail to specify an amount sought by the Plaintiff or the putative class. *See* Ex. A; Ex. D.

8. NEXA is removing the State Court Action to this Court prior to the time by which NEXA is required under California law to answer or otherwise respond to the Amended Complaint. Accordingly, NEXA has not yet filed a responsive pleading to the Amended Complaint, and thus has not yet had the opportunity to raise any of its defenses to the Amended Complaint. In its first responsive pleading in this Court, NEXA will

assert all such defenses by answer or motion. By removing the State Court Action to this Court, NEXA is not waiving any defenses it has to the Amended Complaint, all of which defenses are expressly preserved.

## THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. § 1332(a)(1)

9.  This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) because Plaintiff and NEXA are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. First, there is diversity of citizenship. According to the Amended Complaint, Plaintiff is a citizen and resident of California. *See* Ex. D (Amended Complaint) ¶ 4. NEXA is an Arizona limited liability company with its main headquarters and "nerve center" and, thus, principal place of business in Arizona. *See* Ex. F (California Secretary of State record showing NEXA's principal place of business is in Arizona). All members of the LLC are residents of the State of Arizona.

11. Second, the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's singular claims for overtime wages based on Plaintiff's allegation that he regularly worked 50 hours per week during his employment, put at issue approximately $54,000 based on an estimate of his regular rate of pay, using his income. Ex. D at ¶21.

12. Further, Plaintiff asserts *eight* other causes of action and numerous violations, including claims for minimum wage, statutory and civil penalties, as well as the inclusion of Private Attorney General Act ("PAGA") claims, which are included in the amount in controversy calculation. Thus, these remaining claims seek at least $21,000 and Defendants calculate the amount in controversy easily exceeds $75,000.00. *See* Ex. D (Amended Complaint). Further, the Amended Complaint requests attorneys' fees, interest, and costs, which would also be considered for determining the amount in controversy.

## VENUE IN THIS DISTRICT IS APPROPRIATE

13. Pursuant to 28 U.S.C. § 1446(a), venue is proper in the United States District Court for the Southern District of California because it is the District Court of the United States for the District and Division within which the State Court Action is pending.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

14. The Original Complaint was filed on August 3, 2022. Ex. C. The Original Complaint did not raise any claims under PAGA and was not apparent on its face whether the action was removable. *Ibid.*

15. The Amended Complaint was filed on October 31, 2022, and is not apparent on its face whether the action is removable. Ex. D.

16. This notice of removal is being filed on November 30, 2022, which is within 30 days of the date of filing of the Amended Complaint and thus this removal is timely under 28 U.S.C. § 1446(b)(3).

17. As noted above, NEXA has attached true and correct copies of all process, pleadings, and orders served upon NEXA in the State Court Action, thus satisfying 28 U.S.C. § 1446(a).

18. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, NEXA will file a copy of this Notice of Removal in the State Court Action and will provide a copy of the Notice of Removal to Plaintiff's counsel using the address provided in the Amended Complaint.

## NEXA'S DEFENSES TO THE COMPLAINT ARE PRESERVED

19. As noted above, NEXA has not yet filed an answer or responsive pleading to the Amended Complaint in California state court, and thus has not yet had the opportunity to raise any defenses to the Amended Complaint. By removing the State Court Action to this Court, NEXA is not waiving any defenses it has to the Amended Complaint, all of which defenses are expressly preserved.

///

WHEREFORE, Defendant NEXA Mortgage LLC hereby removes this suit to this Honorable Court.

DATED: November 30, 2022     GREELEY THOMPSON, LLP

<u>s/David M. Greeley</u>
David M. Greeley, Esq. (SBN 198520)
GREELEY THOMPSON LLP
600 B Street, Suite 2150
San Diego, California 92101
Telephone: (619) 658-0462
Email:  dgreeley@greeleythompson.com


<u>s/ Arielle Stephenson</u>
Arielle Stephenson (SBN No: 336434)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260
Email: astephenson@mitchellsandler.com
akaren@mitchellsandler.com

*Attorneys for Defendant NEXA Mortgage LLC*