**DAMIAN DIAZ, individually v. NEXA MORTGAGE, LLC, et al.**

# APPENDIX TO DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF'S CLAIMS TO ARBITRATION AND TO DISMISS REPRESENTATIVE PAGA CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES

| Document | Date | Ex. No. | Pages |
|---|---|---|---|
| NEXA MORTGAGE LLC Outside Loan Officer Employment Agreement | 07/13/2020 | A | 001-027 |

# EXHIBIT A

DocuSign Envelope ID: 059DABD4-995A-4189-8BC5-854395676A67

Welcome to **NEXA Mortgage**,

We are excited to have you join us. Here you will find what we need to get you started at NEXA Mortgage. It's a very fast process if you can accomplish these easy steps right away.

**STEP 1**: Please review the attached video and acknowledge it in the attached paperwork:
http://tiny.cc/antimoney

**STEP 2**: Please complete all paperwork attached
a. There can be no blank spaces, please enter N/A or none if appropriate
b. May be completed electronically but must have a certificate of digital signature unless signed by hand

**STEP 3**: Please provide the following documents
a. Color copy of either a) US Passport or b) Driver's License and Social Security Card.
b. Last years W2 along with this years most recent YTD paystub (must be mortgage industry related)

**STEP 4**: Please give NEXA access to NMLS by establishing a relationship.
a. Update your employer to "NEXA Mortgage, LLC" (must match exact)
b. Contact NMLS directly if you have any questions on this process as they are a great resource
c. DO NOT contact any state regulators unless NEXA requests you to

**FINAL STEP**: Please email all of the following information to your onboarding specialist once all steps above have been completed. Do not send until all steps or documents are completed.
a. Completed paperwork with no blank spaces as described in Step #2
b. All documents in Step #3
c. Confirm in your email to your onboarding specialist that you have in fact granted NEXA access to your NMLS for sponsorship (your previous employer should be aware at this stage you are moving)
    i. Oregon and Washington may have additional onboarding costs due to home office licensing costs.

**HAVE QUESTIONS STILL?** either…
a. Login to our live video support center at https://zoom.us/my/nexasupport
b. Talk to the original Loan Officer that asked you to join NEXA
    i. You can even meet with them in our support center

Once we have all of the required items we will immediately setup your access and LOS so you can get started right away. But don't hesitate to ask us any questions at all.

## NEXA MORTGAGE LLC

### OUTSIDE LOAN OFFICER EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT made and entered into this 13 day of _____July_____, 2020, is made by and between NEXA Mortgage LLC, successors, assigns and subsidiaries (collectively "Employer" or "Company" or "NEXA"), and _____Damian Diaz_____ ("Employee" or "Outside Loan Officer") (collectively the "Parties"). Employee has been offered the position of an Inside Loan Officer but has elected to work in the capacity of an Outside Loan Officer.

## I.    **EMPLOYMENT**

A.    Either Employer or Employee may terminate this Agreement at any time, for any or no reason, with or without cause. Except for the provisions relating to the protection of NEXA's Confidential and Proprietary information, and the non-solicitation restrictions and covenants contained herein which continue beyond the termination of employment, this contract is considered at-will, meaning either party may terminate the employment relationship at any time for any or no reason. There is no guarantee of continued employment and Employer does not have term employment contracts, oral or written, express or implied. Upon termination of employment, Employee may not perform any services on behalf of Employer concerning a borrower unless specifically pre-authorized in writing by an officer of the Company as set forth in Exhibit A.

B.    Part-Time Status.  Unless designated as such, Employee's employment is required to be considered on a full-time basis and Employee may not simultaneously work with any other Company unless authorized by an officer of the Company as set forth in Exhibit A.  In the event Employee and Company agree to part-time employment, it must be reflected on and subject to the limitations set forth in Exhibit A.

## II.    **DUTIES**

A.    Employee shall be employed as an Outside Loan Officer for Employer. Employee's primary duties shall be to utilize his/her knowledge, training and experience to solicit, originate, and facilitate the processing and closing of loan products and financing of residential real estate transactions on behalf of the Company's customers.

B.    Employee agrees to spend a majority of work time each work week away from Company's office or other place of business to perform his/her services.  Employee agrees that s/he will not treat his/her home as an office of NEXA and will not customarily or regularly conduct any business on a consistent basis from his/her home.  Employee recognizes that the position of Outside Loan Officer requires Employee to meet and call on clients, referral sources, realtors, and business prospects at their homes and places of employment or in other social settings away from any NEXA office.

EXHIBIT A - 002

C.     Employee shall at all times possess a valid motor vehicle driver's license and shall provide evidence thereof at time of employment and thereafter at any time requested by NEXA. Employee shall, at all times, possess valid motor vehicle insurance as required by the state in which the motor vehicle is licensed. Employee shall provide evidence thereof at time of employment and thereafter at any time requested by NEXA. If Employee's driver's license or insurance is revoked, suspended or discontinued for any reason, Employee must notify NEXA immediately of the revocation, suspension, or discontinuance action.

D.     Employee must know, remain familiar with, and comply with all applicable laws, regulations and industry standards, as well as all Company rules, procedures and policies.  Employee is responsible for abiding by all lending laws and may not mislead, alter, falsify or fraudulently change any documentation or commit fraud in any manner with relation to any loan file at any stage of the loan process.  Employee may not steer customers to loans in order to increase or maximize personal compensation.  Employee may not encourage any customer to enter into a loan unless the Outside Loan Officer has a good faith belief that the customer has the ability to repay the loan.  Employee may not assist a customer in closing a loan if Employee has sufficient reason to believe the customer has provided materially false information in connection with the mortgage application.  Employee shall immediately report any conduct of which s/he becomes aware, in violation of the above, to the president of the Company.

E.     Employee must immediately report to the Company any lawsuits, complaints, investigations or other similar actions which involve Employee's duties on behalf of the Company and/or which could potentially affect Employee's licensing status or ability to perform his/her job for the Company.

F.     As a condition of employment, Employee must at all times be able to meet any and all applicable qualifications and standards required for Loan Officer Licensure under the SAFE Act.  Employee must remain current on any and all applicable registration, licensing and training obligations required under the SAFE Act and/or any other state, federal or local laws pertaining to Loan Officer Certification or standards.  Employee is not entitled to commission on any loan originated at any time when Employee was not properly registered. Employee may only originate loans in the state where s/he is licensed and Employee and/or his/her Branch are physically located.

G.     Employee must adhere to the Company's pricing Policy, which requires Employee to adhere to his/her assigned Base Price in connection with his origination activities on behalf of the Company and adhere to the collection of mandatory fees required by the Company and/or its Lenders.  Employee may deviate from that base price only if authorized in advance by an authorized officer of the Company as set forth in Exhibit A.

H.     Employee may not at any time engage in marketing the Company, use the Company's name or a facsimile of any marketing, or advertise a product sold by the Company without the Company's prior express permission. Employee may not make any representations as an Employee on any social networking, blog or internet site concerning the Company, or its products and/or services without the prior express permission of the Company.

EXHIBIT A - 003

III.        **COMPENSATION**

A.      <u>Base Wage</u>.  To the extent Employee works in any state where an Employee classified as Outside Sales is required to be paid a minimum wage, Employee will receive a base salary equivalent to the minimum wage for all hours worked.

B.      <u>Commission of Closed End Residential Mortgage Loans.</u>  Subject to the terms and conditions set forth herein, Employee's commission on closed end residential mortgages will be calculated by applying a standard number of basis points as set forth in Exhibit A applied to the volume of any loan that loan officer originated and closed in a month, less any expenses associated or attributable to Loan originator's business activities, including but not limited to marketing, processing support, licensing fees, Base Wages, legal fees, credit reports, appraisals, costs advanced on loans that do not close, Corporate Allocations as set forth on Exhibit A, or other approved expenses.  Notwithstanding the foregoing, loan level expenses attributable to closed loans will not impact Employee's compensation.

C.      <u>Other Commission</u>.  Subject to the terms and conditions set forth herein, Employee will be entitled to receive commission on commercial loans, reverse mortgages and open-ended mortgages he/she originates and that close as set forth in Exhibit A.  A commercial loan is any loan that is secured by a property utilized for commercial purposes, including the purchase of a property that would include more than four separate dwelling units.

D.      Employee is entitled to all employee benefits as set forth in the Company Handbook provided that the Company may in its discretion change or eliminate those benefits at any time with or without notice.

E.      Employee is only considered to have earned and be entitled to payment of commission on loans once they have been sold on the secondary market by the Lender and the period for any early payment default or early pay-off has expired. Notwithstanding, the Company may advance the commission on loans once they have been closed under Employee's supervision.  In the event such commission is advanced but is later deemed un-earnable as a result of any early payment default or early pay-off, the amounts advanced will be subtracted from Employee's net commission in calculating any unearned commission not yet paid to Employee.  No payment will be advanced, nor commission paid on loans that Employee did not originate, or that were not closed while under Employee's authorized supervision. It is understood that Employee is not entitled to commission simply for procuring a loan.  As defined herein, a loan is not closed unless and until the loan has gone through closing, all monies have funded, all rescission periods have expired, and all proper documentation has been submitted in accordance with RESPA, TILA, and applicable Lender requirements.

F.      <u>Prospective Compensation Adjustments</u>.  Employee's compensation will not as a matter of course be reviewed or adjusted, and generally will not be adjusted more than once in any six-month period.  In the event an Employee's compensation is evaluated for adjustment, a variety of criteria shall be considered including pull through rate, quality of loan files, loan volume, seniority, overall sources of origination, adherence to pricing and origination policies,

loan performance, any relevant competitive forces impacting Employee's customer base, and any relevant macroeconomic trends will be reviewed.

G.  <u>Minimum Volume Threshold</u>. A major part of the Employee's job is to monitor the processing/closing of each loan they originate and to verify that all the information submitted is true and accurate, and to ensure that all fees and expenses to be borne by borrower are in fact paid by the borrower.  Employee understands that the Company may upon notice to Employee, apply a Minimum Volume Threshold to future commission calculations in subsequent months, in the event it suffers any losses from early payment defaults, buybacks, early pay-offs, or repeated violations of any Pricing Policies. The Minimum Volume Threshold will establish a minimum dollar amount of volume which Employee must generate before Employee begins to earn commission in accordance with the Calculations set forth herein.

H.  Employee agrees that within 30 days of the receipt of any commission checks, s/he will bring to Employer's attention, in writing, any and all objections, disputes, or concerns regarding omissions or errors in connection with commissions paid.  Employee understands that if no such written dispute is initiated, Employee's silence constitutes an acknowledgement that commissions were properly classified and paid.

I.  <u>Severance</u>. Subject to each and every term and conditions set forth above, in the event of termination, so long as Employee does not materially breach any term or condition of this Agreement or otherwise violate any fiduciary duty to Employer, Employee will receive as a severance a percentage of the amount of commission Employee could have, consistent with the terms and conditions of this Agreement, been advanced on loans in his/her pipeline that close within 30 days following termination.

## IV. EMPLOYEE REFERRAL PROGRAM

A.  Employee shall be eligible to receive an override on Eligible Recruits so long as Employee has either (i) produced at least 1 closed loan that month, or (ii) referred at least 2 loan officers to the Company that month.

B.  Eligible Recruits shall include any loan officer that as determined in the Company's sole discretion, was originally and formally introduced to the Company by Employee.  First Generation Eligible Recruits must be directly referred to the Company by Employee. Second Generation Eligible Recruits are Eligible Recruits of First Generation Eligible Recruits. Third Generation Eligible Recruits are Eligible Recruits of Second Generation Eligible Recruits.

C.  Subject to all terms set forth herein, Employee's Override shall be a percentage as set forth in Exhibit A of the Net Broker Fees received by the Company on loans originated by Employee's Eligible Recruits in a month. The Net Broker Fee is determined by reducing the Broker Fee paid to the Company by 25 Bps.  The Net Broker Fee includes fees paid to the Company by any Lender or Borrower (as applicable) as compensation for originating the loan. Maximum compensation payout is limited to $3M of monthly volume for any employee referral.

D.  For the Net Broker Fees originated through Second Generation Eligible Recruits to count

EXHIBIT A - 005

DocuSign Envelope ID: 059DABD4-095A-4189-8BC5-854395576A67

towards Employee's override, there must be five or more Active Eligible Recruits in the First Generation.  For the Net Broker Fees originated through Third Generation Eligible Recruits to count towards Employee's override, there must be ten or more Active Eligible Recruits in the First Generation.  To be considered "Active" an Eligible Recruit must have closed at least one loan in the applicable month.

E.  <u>Forfeiture of Override</u>.  Employee shall forfeit any override in any month if it is found that they have referred a borrower to any person who is or may be an Eligible Recruit (any generation) without the express written consent of an authorized Officer of the Company as set forth in Exhibit A.  It is strictly prohibited to refer any borrower to any other loan officer Employee who is directly or indirectly recruited to the Company without prior written authorization.

F.  <u>Suspension of Override</u>. Employee shall be suspended from participating in the Override for at least one month (or more if determined in the Company's discretion) following (i) any repeated violation of the Pricing Policy within any 90 day period; (ii) the determination that Employee has violated the anti-referral provisions of this Agreement; or (iii) any violation of federal or state banking laws or regulations.

G.  <u>Post Termination Override</u>.  In the event Employee remains employed by the Company for at least three years consecutively and does not become employed by another residential mortgage lender or broker following termination, Employee shall continue to receive the override as calculated herein following termination, provided however, that the Post Termination Override shall cease permanently if the Company has reason to believe (i) Employee directly or indirectly refers a borrower to a loan officer on which he could receive a post termination override, or (ii) Employee never directly or indirectly solicits any NEXA employee he directly or indirectly recruited to leave the Company or work for another entity.

## V. CONFIDENTIAL INFORMATION, TRADE SECRETS, AND NONSOLICITATION

A.  Employee acknowledges that by reason of his/her employment hereunder, Employee will occupy a position of trust and confidence with Employer and that Employee will have access to confidential and proprietary information and trade secrets of Employer, all of which are the unique and valuable property of Employer. Employee acknowledges that, among other things, its business methods, leads, loan programs, advertising programs, referral sources, marketing strategies, software, investor lists, and employer's documentation (the "Confidential Information") have been developed through the expenditure of substantial time, effort and money which Employer wishes to maintain in confidence and withhold from disclosure to other persons. Accordingly, as a material inducement to Employer to enter into this Agreement, Employee acknowledges that s/he will become intimately involved and/or knowledgeable in regard to Company's business and will be entrusted with Company's Confidential Information, and both during his/her employment and after any termination thereof, Employee will use such information solely for Company's benefit, and maintain as secret and will not disclose any of the Confidential Information to any third party (except as Employee's duties may require) without Company's prior express written authorization.

B. Employee acknowledges that all documents, files, electronic records or data, or records or materials of any sort pertaining to Company's business, whether prepared by Employee or otherwise coming into Employee's possession or control, are the sole and exclusive property of Employer and that Employee has no right to keep or use such documents or things following termination of his/her employment. Employee agrees that, upon any termination of employment, Employee shall not retain any such documents or things in his/her possession and will immediately return them to Employer.

C. Employee agrees that during his/her employment with Company s/he will not directly or indirectly, on behalf of himself/herself or any other individual, organization, or entity solicit any customer or client or prospective customer or client of Company to engage in or transact business with himself/herself or any other person or entity for services provided by Company.

D. Employee further acknowledges that all leads provided to or worked on by Employee and loans in process are Employer's property. Employee agrees to provide upon termination a written account of any and all open leads, business prospects, and/or loans in process as of the date of his/her termination and agrees not to take any action to divert such loans to a competitor or away from Company.

E. Employee agrees that for a period of twelve (12) months following the cessation of employment with Employer (such period <u>not</u> to include any period(s) of violation or period(s) of time required for litigation to enforce the covenants herein) s/he will not directly or indirectly, on behalf of himself/herself or any other individual, organization, or entity, solicit, encourage or facilitate any customer or client who has closed a loan with Company in the preceding 12 months, to refinance or otherwise prematurely pay-off such loans.

F. Employee agrees that during his/her employment with Employer and for a period of twelve (12) months after the termination of employment with Employer (such period not to include any period(s) of violation or period(s) of time required for litigation to enforce the covenants herein), Employee will not on behalf of himself or on behalf of any other person, firm, or entity, directly or indirectly solicit any person employed by the Company (as an employee or contractor) within 12 months preceding Employee's termination, to leave the Employer or form or join another entity.

G. Employee agrees to show this Agreement to any subsequent employer with whom s/he works within 12 months following the termination of employment with Company.

H. Employee agrees that the restrictions herein will not interfere with or unduly limit his/her ability to obtain suitable alternative employment following termination of employment. Employee acknowledges that the protections afforded to Company herein, are reasonable and necessary. Employee agrees that Company shall be entitled to the cost of all legal fees and expenses incurred in investigating and enforcing the covenants contained herein, including fees and expenses incurred prior to filing suit.

## VI.    NO EXISTING RESTRICTIVE COVENANTS

Employee verifies that no "non-compete" non-solicitation or confidentiality agreements with any other company, person or entity are binding upon him/her as of the date this Agreement.  Employee agrees s/he is not utilizing the confidential information obtained from a prior employer in performing any services on NEXA's behalf.

## VII.    FORUM SELECTION/JURISDICTION

In the event that any litigation needs to be brought to obtain temporary injunctive relief and/or enforce or challenge the arbitration provisions herein, or should employee opt out of the arbitration provisions above or assert claims not covered by the arbitration provision, the parties agree that any litigation between the parties may only be brought in Federal District Court in Arizona, or in the event subject-matter jurisdiction is lacking, in an Arizona State Court of competent jurisdiction.  By execution of this Agreement, the parties are consenting to personal jurisdiction in Arizona limited to such matters.

## VIII.    ARBITRATION/GOVERNING LAW/CONSENT TO JURISDICTION

This Agreement is made and entered into in the State of Arizona and interpreted under the laws of construction applicable in Arizona.  In the event of any dispute between the parties concerning or arising out of their employment relationship, it shall be resolved through binding arbitration in accordance with the rules of JAMS Arbitration, provided however, that notwithstanding any rules in JAMS to the contrary, employees' claims may not be joined with the claims of any other person or Employee and there will be no allowance for Employee to pursue or participate in relief on a class or collective action basis against the Company arising out of the employment relationship or this agreement.  Furthermore, this Agreement does not prevent any party from seeking relief in a state or federal court located in Arizona, arising from any action that violates section IV of this Agreement.  Notwithstanding any JAMS rule to the contrary, the parties will share equally in the cost of such Arbitration, and shall be responsible for their own attorneys' fees, provided that if the Arbitration is brought pursuant to any statutory claim for which attorneys' fees were expressly recoverable, the Arbitrator shall award such attorneys' fees and costs consistent with the statute at issue.  Moreover, if the claim is de minimus in comparison with the amount of the arbitration fee, Employer may, in its discretion, agree to pay Employees share of the Arbitration Fee. Nothing herein shall preclude or limit Employee from filing any complaint or charge with a State, Federal, or County agency.  Employee understands that by agreeing to this provision, s/he is waiving the right to a jury and the right to go to court for any claims covered herein. Employee may opt out of this provision of the Agreement, thus relieving both parties of the obligations of this provision, by (1) sending a notarized letter to the attention of Employee's immediate supervisor copied to the Company's Human Resources department, both sent via Certified Mail within 30 days of the execution of this Agreement expressly opting out of this provision; or (2) striking the entirety of this paragraph and initialing here as follows:

## IX.    VOLUNTARY AGREEMENT

Employee acknowledges that s/he has been given sufficient time and opportunity to review, consider, and obtain advice in connection with the execution of this Agreement, and that Employee has not been forced to sign this Agreement, or any part thereof under duress.

## MISCELLANEOUS

A.    This Agreement sets forth the entire understanding and agreement of the parties hereto and fully supersedes any and all prior or contemporaneous agreements or understandings between the parties with respect to the subject matter hereof.  No prior negotiations or drafts of this Agreement shall be used by either party to construe the terms or to challenge the validity hereof.

B.    This Agreement may not be modified except in writing between all parties hereto. No oral promises, assurances, agreements, or understandings either prior or subsequent to the execution of this Agreement are binding or may be relied upon except and unless incorporated herein or incorporated by written modification as permitted herein. Notwithstanding the foregoing, the parties agree that receipt of an email by Employee sent by the Company's President entitled Employment Contract Modification, that requires any receiving employee to acknowledge receipt thereof, shall be treated as a "writing" sufficient to modify the terms of this contract.

C.    No waiver of any breach of this Agreement shall be held to be a waiver of any other or subsequent breach. The language of this Agreement shall be construed as a whole according to its fair meaning and not strictly for or against any party hereto.

D.    The Parties agree that this Agreement shall be severable, meaning that if any provision is held to be unenforceable, it shall not affect the validity or enforceability of the remainder of the terms and provisions of this Agreement.

IN WITNESS WHEREOF and intending to be legally bound hereby, the parties have read, understood and executed this Agreement the day and year above written.

Outside Loan Officer                                NEXA Mortgage, LLC

DocuSigned by:
*Damian Diaz* 7/13/2020
AC47E593DFDA481...
Damian Diaz

DocuSigned by:
*Mike Kortas* 7/10/2020
5A1A54E6B1114EB...
Mike Kortas

DocuSigned by:
*Joseph Stunzi* 7/15/2020
E61A991B2257485...
Joseph Stunzi

EXHIBIT A - 009

## Exhibit A

This Addendum is attached to and incorporated into the Employment Agreement and at all times subject to the terms and conditions of said Employment Agreement.

1.  <u>Damian Diaz</u> shall be considered an Authorized Loan Officer for the Company as referenced in the Employment Agreement.

2.  Commission Calculations:
    a.  Basis Points applied on Closed End Residential Mortgage loans: <u>220 bps</u> bps minus $0.00 admin fee. (maximum is 220 bps)
    b.  Maximum Compensation. Notwithstanding the foregoing, the maximum commission credited on any closed end residential mortgage loan (subject to all expenses) is: $ <u>10,000.00</u> (maximum cap is $10,000.00)
    c.  Commission Percentage on Revenue of Open-ended Mortgages: 80%
    d.  Commission Percentage on Revenue of Commercial Loans: 80%
    e.  Commission Percentage on Revenue of Reverse Mortgages: 80%
    f.  In the event a loan is the result of a Company Lead or Sponsorship, the commission percentage or basis points set forth herein is reduced by 50%.  A loan is the result of a Company Lead or Sponsorship if it directly results from a lead purchased by the Company, a relationship established or sponsored by the Company (including any marketing services agreement or affiliate program) or any advertising paid for by the Company.

3.  Employee Referral Program Override:

| Req'd 1st Gen Active Recruits | Generation Level | Override Percentage |
|---|---|---|
| 1 | 1 | 4% |
| 5 | 2 | 4% |
| 10 | 3 | 4% |

4.  <u>Part-Time Employment</u>.  Only if both Company and Employee Initial as set forth herein (Company_____) / (Employee_____) then Employee's shall be employed on a part-time basis in which case Employee may not work more than 5 hours hours per week.  Employees on Part-Time Status must request direct access to the Loan Origination System prior to submitting a loan to the Company.

EXHIBIT A - 010

**Pricing Policy**

1. Loan Officer agrees to use lenders that pay NEXA Mortgage the appropriate compensation based on their compensation chosen within Exhibit A. Loan Officer must get prior management approval to use any lender that is not covering the minimum Loan Officer compensation.
   a. Loan Officer understands that there is no compensation and the Loan Officer forfeits any compensation without prior approval when applicable

Lender/Borrower Paid Comp (75 basis points) = LO Compensation (44 basis points)
Lender/Borrower Paid Comp (100 basis points) = LO Compensation (66 basis points)
Lender/Borrower Paid Comp (125 basis points) = LO Compensation (88 basis points)
Lender/Borrower Paid Comp (150 basis points) = LO Compensation (110 basis points)
Lender/Borrower Paid Comp (175 basis points) = LO Compensation (132 basis points)
Lender/Borrower Paid Comp (200 basis points) = LO Compensation (154 basis points)
Lender/Borrower Paid Comp (225 basis points) = LO Compensation (176 basis points)
Lender/Borrower Paid Comp (250 basis points) = LO Compensation (198 basis points)
Lender/Borrower Paid Comp (275 basis points) = LO Compensation (220 basis points)

2. Loan Officers understand that they must use lenders that at least meet their maximum compensation as outlined in Exhibit A.

3. Lender spreadsheets within NEXA University contain Lender Paid Compensation and maximums. Loan Officers understand the need to reference that chart for pricing policy and accuracy.

DocuSigned by:

*Damian Diaz*

AC47E589F0A481...

Loan Officer

7/13/2020

Date

EXHIBIT A - 011

# EMPLOYMENT APPLICATION

## APPLICANT INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| Damian | Enrique | Diaz |

| DATE OF BIRTH (MM / DD / YY) | SOCIAL SECURITY NUMBER | DRIVER LICENSE NUMBER | STATE |
|---|---|---|---|
| 09/27/1963 | 456456411 | A1136754 | |

| NMLS NUMBER | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| 1085614 | 7605050284 | myloanconsultant760@gmail.com |

## RESIDENCE HISTORY

| CURRENT ADDRESS - STREET | | CITY | |
|---|---|---|---|
| 4418 Jill St | | Oceanside | |

| STATE | ZIP CODE | FROM (MM / YY) | UNTIL (MM / YY) |
|---|---|---|---|
| CA | 92057 | 03/2014 | CURRENT |

| PREVIOUS ADDRESS - STREET | | CITY | |
|---|---|---|---|
| 128 Flamingo | | Oceanside | |

| STATE | ZIP CODE | FROM (MM / YY) | UNTIL (MM / YY) |
|---|---|---|---|
| CA | 92057 | 10/2011 | 03/2014 |

## EMPLOYMENT HISTORY

| CURRENT COMPANY | ADDRESS | | |
|---|---|---|---|
| Pacific Lending | 401 S. Melrose Ave 102 | | |

| JOB TITLE | RESPONSIBILITIES | FROM (MM / YY) | UNTIL (MM / YY) |
|---|---|---|---|
| Loan Officer | Originate Loans | 10/2017 | 07/2020 |

| SUPERVISOR NAME | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| Shaun Espino | 9096411497 | shaune@pacificlending.com |

| REASON FOR LEAVING | MAY WE CONTACT YOUR PREVIOUS SUPERVISOR |
|---|---|
| Lack of support | FOR A REFERENCE   YES ☒   NO ☐ |

| PREVIOUS COMPANY | ADDRESS | | |
|---|---|---|---|
| Ony Glo | 3250 Wilshire Blvd | | |

| JOB TITLE | RESPONSIBILITIES | FROM (MM / YY) | UNTIL (MM / YY) |
|---|---|---|---|
| Loan Officer | Originate Loans | 04/2013 | 10/2017 |

| SUPERVISOR NAME | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| Yvette Chavez | 3104215544 | bov1978@gmail.com |

| REASON FOR LEAVING | MAY WE CONTACT YOUR PREVIOUS SUPERVISOR |
|---|---|
| Wanted a closer office to my home | FOR A REFERENCE   YES ☒   NO ☐ |

| PREVIOUS COMPANY | ADDRESS | | |
|---|---|---|---|
| Lone Star Financial | 410 S Melrose | | |

| JOB TITLE | RESPONSIBILITIES | FROM (MM / YY) | UNTIL (MM / YY) |
|---|---|---|---|
| Loan Officer | Originate Loans | 10/2009 | 04/2013 |

| SUPERVISOR NAME | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| Ignacio Ventura | 7604961042 | n/a |

| REASON FOR LEAVING | MAY WE CONTACT YOUR PREVIOUS SUPERVISOR |
|---|---|
| Wanted a higher split | FOR A REFERENCE   YES ☒   NO ☐ |

EXHIBIT A - 012

## PROFESSIONAL REFERENCES

| FIRST NAME | LAST NAME | RELATIONSHIP | PHONE NUMBER |
|---|---|---|---|
| Abraham | Vargas | Friend | 7608776707 |
| **FIRST NAME** Jeff | **LAST NAME** Sims | **RELATIONSHIP** Friend | **PHONE NUMBER** 7609782515 |
| **FIRST NAME** Bernie | **LAST NAME** Nacional | **RELATIONSHIP** Friend | **PHONE NUMBER** 760805314 |

## MILITARY SERVICE

| BRANCH | FROM (MM / YY) | UNTIL (MM / YY) |
|---|---|---|
| Marine Corps | 10/1982 | 07/1988 |

| RANK AT DISCHARGE | TYPE OF DISCHARGE | IF OTHER THAN HONORABLE, EXPLAIN |
|---|---|---|
| E5 | Honorable | I also served 9 years in the California National Guard |

## EDUCATION HISTORY

| HIGH SCHOOL - FULL NAME | STATE | DID YOU GRADUATE | TYPE OF DEGREE |
|---|---|---|---|
| Spur High School | Texas | YES ☒   NO ☐ | Diploma |
| **COLLEGE - FULL NAME** National University | CA | YES ☐   NO ☒ | n/a |
| **ADDITIONAL EDUCATION - FULL NAME** Watterson College Pacific | CA | YES ☒   NO ☐ | Paralegal Degree |

## ADDITIONAL INFORMATION

| WHAT IS THE DATE YOU INTEND TO TRANSFER YOUR LICENSE TO NEXA MORTGAGE? (MM / DD) As soon as possible | WHO REFERRED YOU TO NEXA MORTGAGE? Joseph Stunzi |
|---|---|
| ARE YOU A CITIZEN OF THE UNITED STATES? YES ☒   NO ☐ | ARE YOU AUTHORIZED TO WORK IN THE U.S. YES ☒   NO ☐ |
| HAVE YOU EVER WORKED FOR NEXA MORTGAGE? YES ☐   NO ☒ | IF YES TO PREVIOUS QUESTIONS, WHEN? (OR NA) n/a |
| HAVE YOU EVER BEEN CONVICTED OF A FELONY? YES ☐   NO ☒ | IF YES TO PREVIOUS QUESTIONS, EXPLAIN? (OR NA) n/a |
| DO YOU HAVE AN ACTIVE NMLS IDENTIFIER NUMBER? YES ☒   NO ☐ | HAVE YOU EVER HAD A NMLS LICENSE REVOKED OR SUSPENDED FROM ANY STATE? YES ☐   NO ☒ |
| The following information is used for identification and statistical purposes it is not used in any manner considered discriminatory under the eeoc guidelines | **RACE** Hispanic | **SEX** Male |

## DISCLAIMER AND SIGNATURE

*I certify that my answers are true and complete to the best of my knowledge.*
*If this application leads to employment, I understand that false or misleading information in my application or interview may result in my release. I authorize employer to verify with references and past employers any information the employer may deem appropriate.*

| SIGNATURE *Damian Diaz* AC47E593DFDA481... | DATE (MM / DD / YYYY) 7/13/2020 |
|---|---|

## Acknowledgements (LO)

## DO NOT INITIAL OR SIGN WITHOUT READING.

1. Pre Funding Quality Control Procedures
   a. All files must be submitted to NEXA for Pre Funding QC, unless they are processed by a NEXA Endorsed Processor.
2. File Orientation
   a. Upon affiliation, all originators and their processors are required to complete "New Loan Officer" Onboarding within NEXA University. At this time, important policies and procedures are reviewed. Files may be held up until this is completed.
3. Suitability
   a. The loan originator must ensure the loan is 'suitable' for the borrower. This means there is a clear benefit to the Borrower ,i.e. lower rate, better terms, etc.
4. Early Payoff–Premium Refund
   a. Lenders will recover any rebates and commission paid out on files which pay off prematurely, usually within 6 months. This means if you close a loan for Joe Borrower in June and it pays off just 3 months later in September, the lender will usually recover the rebate. Originators are responsible for return of rebate and commission paid in these situations, including if employment has already terminated. Keep in touch with your clients!
5. State Licensing
   a. Originating a loan in a state in which you are not properly licensed/registered or with proper pay status will result in loss of commissions and/or termination.
6. Loan Fall Out
   a. Originators who submit loans irresponsibly and who have excessive fall out will lose access to lenders and jeopardize their relationship with NEXA.
7. Should have known…
   a. If you were aware of, or should have been aware of fraud within a file, from income, to employment to occupancy, you will be terminated and pursued aggressively. If your name is on a file, and there's fraud on that file, you are responsible. No excuses.

DocuSigned by:

Damian Diaz          7/13/2020

AC47E593DFDA48...

Signature and Date

**NEXA Mortgage, LLC Loan Originator Certification of Receipt of and Agreement to**

**Comply with the Anti-Money Laundering Program (AMLP)**

I, _Damian Diaz_____, acknowledge that the activities I perform for NEXA Mortgage, LLC (NEXA) constitute originating residential mortgage loans under the definitions included in the Financial Crimes Enforcement Network's (FinCEN) final rule "Anti-Money Laundering Program and Suspicious Activity Report Filing Requirements for Residential Mortgage Lenders and Originators" published at 77 FR 8148 – 8160 on February 14, 2012.

I have read NEXA's AML Program and its initial training materials. I understand the program's requirements and agree to comply with all related company policies and procedures. I understand that my actions affect NEXA's compliance with Federal and state statutes and regulations and my agreement to comply does not constitute NEXA exercising direct control over my activities. I understand NEXA will, from time to time, issue updated policies and procedures and offer training in order to comply with AMLP and related regulations. I agree as an independent Loan Officer to comply with these requirements and agree that I will participate in all related training or will provide NEXA with certified evidence of comparable training obtained on my own at my own expense. Such certified evidence will be presented to NEXA no later than the training date offered by NEXA when such training is required. I also understand that my participation in identifying AML or other suspicious activities including mortgage fraud falls under the requirements of not only NEXA's policies but also under the Federal and State statutes and regulations. I agree to support NEXA's efforts to prevent fraud, money laundering and financing terrorist activities, including reporting that may be required. I do understand since NEXA does not have direct control over my business activities that my failure to comply with NEXA's AML Program will constitute a breach of my agreement with NEXA and can subject my contract to immediate termination for cause. My signature below acknowledges my receipt, understanding and agreement to comply with the existing and future related policies as they may from time to time change. It also acknowledges I have reviewed and understand the initial training materials provided.

DocuSigned by:

_Damian Diaz_____ Date: _7/13/2020_____
AC47E593DFDA481...
Originator signature

EXHIBIT A - 015

**NEXA Mortgage, LLC - Employee Handbook - Policies & Procedures**
**Certification of Receipt of and Agreement to Comply**

I, Damian Diaz _____, acknowledge that the activities I perform for NEXA Mortgage, LLC (NEXA) constitute originating residential mortgage loans. I have read NEXA's policies and procedures located on the NEXA website at www.NEXAmortgage.com I understand the requirements set forth and agree to comply with all policies and procedures described herein.

I understand that my actions affect NEXA's compliance with Federal and State statutes and regulations and my agreement to comply does not constitute NEXA exercising direct control over my activities. I understand NEXA will, from time to time, issue updated policies and procedures and may also offer training in order to comply with such policies and procedures and the related regulations. I agree as an Independent Loan Officer to comply with these requirements and agree that I will participate in all related training or will provide NEXA with certified evidence of comparable training obtained on my own at my own expense. Such certified evidence will be presented to NEXA no later than the training date offered by NEXA when such training is required.

My signature below acknowledges my receipt, understanding and agreement to comply with the existing and future related policies and procedures as they may from time to time change. It also acknowledges I have reviewed and understand the initial materials provided.

DocuSigned by:

*Damian Diaz*                    7/13/2020
_____
Signature and Date

DocuSign Envelope ID: 959DABD4-09EA-4109-8BC5-8E4395576A67

**Addendum: Current Fee Schedule**

All fees will be collected by NEXA and applied to future payroll.

**Background Check**: $75

**NMLS Fees**: All Sponsorship fees will be charged to the Loan Officer with a $40 accounting fee in addition to for each state they are sponsored in.

**Technology Fee**: $65/month, includes access to Calyx Point, NEXA Drive powered by Google, and @nexamortgage.com email.

**NEXA University Tuition**: $0/month ($0year).

**NEXAtouch (BNTouch):** $70/month + $0.04 per text. This is an optional item.

**Credit Reports**: Loan Officer will incur all credit report invoices plus a 10% accounting fee. The Loan Officer may opt to pay their credit report fees directly and avoid the 10% accounting fee. Cost will be deducted from Loan Officers payroll.

**Accounting Fee**: Loan Officer may incur up to a 10% accounting fee for any charges that are run through NEXA Mortgage accounting teams.

**Payroll Expenses**: All payroll expenses are charged back to the Loan Officer of which are incurred by NEXA Mortgage (ex: any employer matching taxes, unemployment taxes, FICA, workman's compensation costs, etc.)

**Miscellaneous:** All costs related to your employment will be charged back to the Loan Officer

_Damian Diaz_                     7/13/2020

Signature and Date

DocuSign Envelope ID: 959DABD4-08EA-4199-8BC5-8E4395576A67

## W2 Commission Calculation Acknowledgement

W2 commissions are much different than 1099 commissions. Please review carefully to avoid confusion when you receive your first W2 check.

Although we'd much prefer to pay you on a 1099 basis, HUD and some states require we pay you W2. We recommend you meet with your accountant for advice on how to complete your W4 form. Additionally, keep in mind we do allow you to reduce your taxes by submitting business expenses and use of a company provided credit card upon request.

**Sample W2 Commission**
Compensation $5000
Less Invoices -$100 (listed for example only)
Net Receipts $4900
Less Payroll Costs* -10% (*15%, 10%, 8% or 2% depending on YTD income)
=Gross LO Check: $4410

From the gross amount, standard withholding taxes will be applied according to your W4.

DocuSigned by:

Damian Diaz                          7/13/2020

Signature and Date

EXHIBIT A - 018

## **NEXA Mortgage - Loan Officer Production Policy**

This performance policy is designed to ensure that all team members of NEXA Mortgage strive to maximize their potential as Commission based Outside Loan Officers. NEXA Mortgage was founded on the principles of hard work to promote an income lifestyle for its Loan Officers that ensures security, stability and the potential for long term growth. Adhering to these minimum requirements will be the foundation of that growth and stability.

NEXA Mortgage, LLC has a production policy for all Loan Officers unless otherwise agreed by Management directly as outlined below.

Def. Production Probationary Period - The calendar month following a calendar month of no closings or measurable production.

Initial Employment:
- Must submit at least one transaction into active escrow within 30 days with all documents and disclosures needed to submit to an Investor with an established closing date.
- Inability to submit a transaction within a calendar month will result in a Production Probationary period and potential termination. All access for Loan Officer will be removed.
- After 2 additional weeks without any transactions, Loan Officer may be terminated from NEXA Mortgage, LLC without notice.
- Loan Officer is encouraged to request employment again at any time and is eligible for rehire.
- Loan Officer is required to manage these dates and will not require notification from Management as critical dates are passed.

Continued Employment:
- Loan Officer must close at least 2 transactions every calendar month
- Loan Officer must close at least 3 transactions every calendar month to be considered full-time
- Inability to close a transaction within a calendar month will result in a Production Probationary period and potential termination. All access for Loan Officer will be removed.
- Loan Officer is encouraged to request employment again at any time and is eligible for rehire.
- Loan Officer is required to manage these dates and will not require notification from Management as critical dates are passed.

Disclaimer - NEXA Mortgage, LLC and its members reserve the right to use discretion in the enforcement of this policy.

MLO Printed  Damian Diaz

MLO Signed   Damian Diaz
             DocuSigned by:
             AC47E593DFDA481...

Date  7/13/2020

DocuSign Envelope ID: 959DABD4-08FA-4199-8BC5-8E4395576A67

**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

►**START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Diaz | Damian | E | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 4418 Jill St | | Oceanside | CA | 92057 |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 09/27/1963 | 456 - 45 - 6411 | myloanconsultant760@gmail.com | 7605050284 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

[ ] 1. A citizen of the United States

[X] 2. A noncitizen national of the United States *(See instructions)*

[ ] 3. A lawful permanent resident    (Alien Registration Number/USCIS Number):

[ ] 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy):
      Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

QR Code - Section 1
Do Not Write In This Space

**1.** Alien Registration Number/USCIS Number:
       **OR**
**2.** Form I-94 Admission Number:
       **OR**
**3.** Foreign Passport Number:
       Country of Issuance:

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| *Damian Diaz* (DocuSigned by / AC17EE92DEDA45A) | 7/13/2020 |

## Preparer and/or Translator Certification (check one):

[X] I did not use a preparer or translator.    [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

 *Employer Completes Next Page* (STOP)

**Employment Eligibility Verification**

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**

OMB No. 1615-0047
Expires 10/31/2022

---

### Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* <br> Diaz | First Name *(Given Name)* <br> Damian | M.I. <br> E | Citizenship/Immigration Status <br> Citizen |
|---|---|---|---|---|

| List A <br> Identity and Employment Authorization | OR | List B <br> Identity | AND | List C <br> Employment Authorization |
|---|---|---|---|---|

| List A | List B | List C |
|---|---|---|
| Document Title | Document Title | Document Title |
| Issuing Authority | Issuing Authority | Issuing Authority |
| Document Number | Document Number | Document Number |
| Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* |
| Document Title | Additional Information | QR Code - Sections 2 & 3 <br> Do Not Write In This Space |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | |
| Document Title | | |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | |

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** _____ *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative <br> *Marissa Sanchez* | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative <br> Human Resources |
|---|---|---|
| Last Name of Employer or Authorized Representative <br> Sanchez | First Name of Employer or Authorized Representative <br> Marissa | Employer's Business or Organization Name <br> NEXA Mortgage, LLC |

| Employer's Business or Organization Address *(Street Number and Name)* <br> 2450 S. Gilbert Rd Suite 210 | City or Town <br> Chandler | State <br> AZ | ZIP Code <br> 85286 |
|---|---|---|---|

---

### Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative <br> *Marissa Sanchez* <br> 77029AACB29B483... | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative <br> Marissa Sanchez |
|---|---|---|

EXHIBIT A - 021

# LISTS OF ACCEPTABLE DOCUMENTS
## All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br><br>**Documents that Establish Both Identity and Employment Authorization** | OR | LIST B<br><br>**Documents that Establish Identity** | AND | LIST C<br><br>**Documents that Establish Employment Authorization** |
|---|---|---|---|---|
| 1. U.S. Passport or U.S. Passport Card | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | 3. School ID card with a photograph | | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>**a.** Foreign passport; and<br>**b.** Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | | 4. Voter's registration card | | |
| | | 5. U.S. Military card or draft record | | 4. Native American tribal document |
| | | 6. Military dependent's ID card | | 5. U.S. Citizen ID Card (Form I-197) |
| | | 7. U.S. Coast Guard Merchant Mariner Card | | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | | 8. Native American tribal document | | |
| | | 9. Driver's license issued by a Canadian government authority | | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | **For persons under age 18 who are unable to present a document listed above:**<br>10. School record or report card<br>11. Clinic, doctor, or hospital record<br>12. Day-care or nursery school record | | |

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**

EXHIBIT A - 022



## Certificate Of Completion

Envelope Id: 059DABD409FA41098BC58E4395576A67
Subject: Please DocuSign: NEXA Outside Loan Officer Employment Agreement- Damian Diaz
Source Envelope:

Document Pages: 22    Signatures: 14
Certificate Pages: 5    Initials: 8
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
NEXA Mortgage
18798 E Druids Glen Dr.
Queen Creek, AZ  85142
hr@nexamortgage.com
IP Address: 199.66.171.161

## Record Tracking

Status: Original
    7/10/2020 11:03:33 AM

Holder: NEXA Mortgage
    hr@nexamortgage.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mike Kortas<br>hr@nexamortgage.com<br>Human Resources<br>NEXA Mortgage, LLC<br>Security Level: Email, Account Authentication (None) | <br>Mike Kortas<br>5A1A54E6B1114EB...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 199.66.171.161 | Sent: 7/10/2020 11:05:08 AM<br>Viewed: 7/10/2020 11:05:17 AM<br>Signed: 7/10/2020 11:05:22 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Damian Diaz<br>myloanconsultant760@gmail.com<br>Security Level: Email, Account Authentication (None) | <br>Damian Diaz<br>AC47E593DFDA481...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 68.8.23.32 | Sent: 7/10/2020 11:05:24 AM<br>Viewed: 7/10/2020 11:49:17 AM<br>Signed: 7/13/2020 5:24:03 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 7/10/2020 11:49:17 AM<br>   ID: 32462d25-c2d4-452d-8df0-d21e33fdc267 | | |
| Joseph Stunzi<br>jstunzi@nexamortgage.com<br>Security Level: Email, Account Authentication (None) | <br>Joseph Stunzi<br>E61A991B2257485...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 155.186.196.214<br>Signed using mobile | Sent: 7/13/2020 5:24:06 PM<br>Viewed: 7/15/2020 4:22:03 AM<br>Signed: 7/15/2020 4:29:30 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Marissa Sanchez<br>msanchez@nexamortgage.com<br>Security Level: Email, Account Authentication (None) | <br>Marissa Sanchez<br>77029AACB29B483...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 199.66.171.161 | Sent: 7/15/2020 4:29:33 AM<br>Viewed: 7/16/2020 2:24:40 PM<br>Signed: 7/16/2020 2:25:27 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 7/16/2020 2:24:40 PM<br>   ID: 3e458088-6e33-4843-b8d2-a13133803fd6 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

EXHIBIT A - 023

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| Adriana Moore<br>amoore@nexamortgage.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | **COPIED** | Sent: 7/16/2020 2:25:31 PM |
| Damian Diaz<br>myloanconsultant760@gmail.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 7/10/2020 11:49:17 AM<br>    ID: 32462d25-c2d4-452d-8df0-d21e33fdc267 | **COPIED** | Sent: 7/16/2020 2:25:31 PM |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 7/16/2020 2:25:31 PM |
| Certified Delivered | Security Checked | 7/16/2020 2:25:31 PM |
| Signing Complete | Security Checked | 7/16/2020 2:25:31 PM |
| Completed | Security Checked | 7/16/2020 2:25:31 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

| Electronic Record and Signature Disclosure |
| --- |

EXHIBIT A - 024

Electronic Record and Signature Disclosure created on: 10/24/2019 2:07:09 PM
Parties agreed to: Damian Diaz, Marissa Sanchez, Damian Diaz

Case 3:22-cv-01895-BAS-DDL    Document 4-2    Filed 12/21/22    PageID.141    Page 27 of 29

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, NEXA Mortgage, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

EXHIBIT A - 025

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact NEXA Mortgage, LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: rsuarez@nexamortgage.com

**To advise NEXA Mortgage, LLC of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at rsuarez@nexamortgage.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from NEXA Mortgage, LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to rsuarez@nexamortgage.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with NEXA Mortgage, LLC**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

EXHIBIT A - 026

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to rsuarez@nexamortgage.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify NEXA Mortgage, LLC as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by NEXA Mortgage, LLC during the course of your relationship with NEXA Mortgage, LLC.