David M. Greeley, Esq. (SBN 198520)
James R. Thompson, Esq. (SBN 260083)
GREELEY THOMPSON LLP
600 B Street, Suite 2150
San Diego, California 92101
Telephone: (619) 658-0462
dgreeley@greeleythompson.com

Arielle Stephenson (SBN 336434)
Mitchell Sandler, LLC
1120 20th Street, NW, Suite 725
Washington, DC 20036
Telephone: (202) 886-5260
astephenson@mitchellsandler.com

*Attorneys for Defendant, NEXA Mortgage, LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN DIAZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXA MORTGAGE, LLC, et al., and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.: 3:22-cv-01895-BAS-DDL<br><br>**DEFENDANT NEXA MORTGAGE LLC'S *EX PARTE* APPLICATION TO REQUEST THAT THE COURT ACCEPT FOR FILING AND CONSIDER DEFENDANT'S LATE-FILED BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Hon. Cynthia Bashant<br>Magistrate Judge David D. Leshner<br><br>Hearing Date: January 30, 2023<br>Trial Date: None Set |

DEFENDANT NEXA MORTGAGE LLC'S *EX PARTE* APPLICATION TO REQUEST THAT THE COURT ACCEPT FOR FILING AND CONSIDER DEFENDANT'S LATE-FILED BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

CASE NO.: 3:22-cv-01895-BAS-DDL

Pursuant to Local Rules 7.1(e)(5), and 83.3(g), and the Honorable Cynthia Bashant's Standing Order No. 6 for Civil Cases, defendant NEXA Mortgage, LLC ("Defendant") hereby submits this *ex parte* application for an order that the Court accept and consider the late-filed brief that Defendant filed on January 16, 2023, in opposition to plaintiff Damian's Diaz's Motion to Remand. The hearing date on the motion is January 30, 2023. Normally, the opposition papers would be due January 16, 2023. (Local Rule 7.1(e)(2).)  However, because January 16, 2023, is federal holiday, the opposition brief was due January 13, 2023.  (See Local Rule 7.1(c) and Fed Rule Civ. Proc., Rule 6.)

Defendant attempted to file its opposition brief last Friday evening at approximately 7:30 pm. However, beginning at 5 pm on Friday, January 13, 2023, and through noon Sunday January 15, 2023, the CM/ECF System for the Southern District of California was down for maintenance, and Defendant's local counsel who was handling the filing did not take this maintenance into consideration. As a result, Defendant was unable to file the opposition brief on Friday. Defendant timely served Plaintiff with the opposition brief by email on Friday evening, January 13, 2023.

By this *ex parte* application, Defendant requests that the Court allow the late filing of, and consider, the opposition brief of Defendant, filed in opposition to Plaintiff's Motion to Remand.  Defendant filed the brief on Monday, January 16, 2023, at 10:41 a.m. Defendant's local counsel, David M. Greeley, Esq., met and conferred

with counsel for Plaintiff. Plaintiff does not oppose Defendant's request to have the court allow the late filing of the opposition to the Motion to Remand.

Pursuant to Local Rule 7.1(e)(5), since Defendant is seeking to shorten the time prior to the hearing that it may file its opposition papers, seeking this relief by *ex parte* application is the proper procedural vehicle. Defendant would be irreparably harmed if the Court did not allow for the late filing of this brief and consider it in ruling on this motion.

Dated:  January 16, 2023          Respectfully Submitted:

GREELEY THOMPSON LLP

*/s/* David M. Greeley
David M. Greeley, Esq. (SBN 198520)
James R. Thompson, Esq. (SBN 260083)
600 B Street, Suite 2150
San Diego, California 92101
Telephone: (619) 658-0462
dgreeley@greeleythompson.com

MITCHELL SANDLER LLC

*/s/* Arielle Stephenson
Arielle Stephenson (SBN: 336434)
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Telephone: (202) 794-5258
astephenson@mitchellsandler.com

*Attorneys for Defendant NEXA Mortgage, LLC*

---

3
DEFENDANT NEXA MORTGAGE LLC'S *EX PARTE* APPLICATION TO REQUEST THAT THE COURT ACCEPT FOR FILING AND CONSIDER DEFENDANT'S LATE-FILED BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
CASE NO.: 3:22-cv-01895-BAS-DDL