# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN DIAZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEXA MORTGAGE, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 22-cv-1895-BAS-DDL<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION (ECF No. 14)** |

Before the Court is Plaintiff's *ex parte* application to request an extension of Plaintiff's deadline to file an Opposition to Defendant's Motion to Compel Arbitration to two weeks after the Court issues a ruling on Plaintiff's Motion to Remand. (Ex Parte App., ECF No. 14.) Plaintiff argues that extending the briefing schedule is in the interest of efficiency and judicial economy. He points out that the Court granting his Motion to Remand would moot Defendant's Motion to Compel Arbitration. (*Id.* at 2.) Plaintiff represents that, based on communications between the parties, Defendant opposes this *ex parte* application for extension because (1) the extension could create waiver issues and

(2) the simultaneous briefing does not impose an unnecessary burden. (*Id.* at 5.) Plaintiff minimizes these concerns and reiterates the burden of simultaneous briefing on Plaintiff and the Court. (*Id.*)

      The Court, however, does not agree that an extension would conserve judicial resources. The proposed extension could incur significant delay, clogging rather than conserving judicial resources. It is routine for matters to be briefed while a motion challenging subject matter is pending.  If the Court concludes removal was proper, the case will proceed, and the Court will have to resolve the Motion to Compel Arbitration. Thus, the Court **DENIES** Plaintiff's *Ex Parte* Application for Extension. (ECF No. 14.)

      **IT IS SO ORDERED.**

**DATED: January 26, 2023**

Hon. Cynthia Bashant
United States District Judge