# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN DIAZ, individually, and on behalf of all others similarly situated,<br>**Plaintiff,**<br>v.<br>NEXA MORTGAGE, LLC, et al., and DOES 1 through 100 inclusive,<br>**Defendant.** | Case No. 3:22-cv-01895-BAS-DDL<br><br>**PRO HAC VICE APPLICATION**<br><br>NEXA Mortgage, LLC<br>Party Represented |

I, __ARI KAREN__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: MITCHELL SANDLER LLC
Street address: 1120 20th St., NW, Suite 725
City, State, ZIP: Washington, DC 20036
Phone number: Telephone: (202) 886-5260
Email: akaren@mitchellsandler.com

That on _____ (Date) I was admitted to practice before _____ (See Exhibit 1) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I [ ] have) [x] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: [ ] Granted   [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

David M. Greeley, Esq.       (619) 658-0462
(Name)                        (Telephone)

GREELEY THOMPSON LLP
(Firm)

600 B Street, Suite 2150, San Diego, California 92101
(Street)                              (City)            (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)

**Exhibit 1 to Pro Hac Vice Application of Ari Karen.**

**Case No.: 3:22-cv-01895-BAS-DDL**

I, ARI KAREN, declare:

1. I am a lawyer with Mitchell Sandler LLC, 1120 20th St., NW, Washington, DC 22036, which firm represents NEXA Mortgage, LLC in this action.

2. I was admitted to practice law within the State of Georgia on 11/5/1996, the State of Maryland on 6/25/97 and the District of Columbia on 1/5/1998. I am currently an active member in good standing of the bars of the highest court of the State of Maryland, and the District of Columbia, and am admitted to practice in, and in good standing with, the United States District Court, District of Columbia, the United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the District of Columbia Circuit. I have not been suspended, disbarred, or subjected to any disciplinary proceedings in any federal or state jurisdiction in which I have practiced.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 1, 2023.

                                                                  */s/ Ari Karen*
                                                                   Ari Karen